UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAYA CALHOUN

VERSUS

CARMAX BUSINESS SERVICES, LLC

CIVIL ACTION

24-660-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated July 15, 2025, to which an *Objection*[3] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion for Partial Summary Judgment*[4] filed by Plaintiff Naya Calhoun, is DENIED.

Signed in Baton Rouge, Louisiana on August 6, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 29.
[2] Rec. Doc. 42.
[3] Rec. Doc. 44.
[4] Rec. Doc. 14.