# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NAYA CALHOUN

VERSUS

CARMAX BUSINESS SERVICES, LLC

CIVIL ACTION

24-660-SDD-SDJ

## RULING

The Court has carefully considered the *Motions,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated May 26, 2026, to which no objection was filed.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motion for Partial Summary Judgment[3] filed by Defendant CarMax Business Services, LLC, be GRANTED and Plaintiff is ordered to pay Defendant the amount of $60,577.32.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment[4] filed by Defendant, CarMax Business Services, LLC, is GRANTED, and that PLA shall be jointly liable with Naya Calhoun in the amount of $60,577.32.

**IT IS FURTHER ORDERED** that CarMax's security interest over the Vehicle is recognized.

**IT IS FURTHER ORDERED** that Plaintiff's Rule 12(c) Motion for Judgment on the Pleadings[5] is DENIED.

---

[1] Rec. Doc. 52, 56 and 60.
[2] Rec. Doc. 64.
[3] Rec. Doc. 52.
[4] Rec. Doc. 56.
[5] Rec. Doc. 60.

Parties shall submit a proposed Judgment in accordance with this Ruling.

Signed in Baton Rouge, Louisiana on June _10_, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**